IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hailey Wander,<br><br>   Plaintiff,<br>vs.<br><br>Scottsdale Boondocks LLC, et al.,<br><br>   Defendants. | No. CV-21-00805-PHX-SPL<br><br>**ORDER** |

No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's May 31, 2023 Order (Doc. 30),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 5th day of July, 2023.

Honorable Steven P. Logan
United States District Judge